**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**MATTHEW CHANNON,**

**Plaintiff,**

**vs.** **No. 1:24-cv-01124-WJ-SCY**

**LIBERATION DISTRIBUTION, LLC; and INSPERITY, INC., d/b/a ADMINISTAFF COMPANIES, INC. GP LTD.**

**Defendants.**

**JUDGMENT**

**THIS MATTER** is before the Court under Fed. R. Civ. P. 58 on the Memorandum Opinion and Order of Dismissal entered by the Court contemporaneous with this Judgment, and the Court having granted Defendants' Motion for Sanctions and dismissed all claims in this case with prejudice,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint **[Doc. 1], First Amended Complaint [Doc. 18],** and all claims and causes of action that were or could have been brought by Plaintiff against Defendants in this case are **DISMISSED with prejudice.**

/s/_________________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE